IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01322-RPM

JOSEPH FRESQUEZ,

      Plaintiff,

v.

OFFICER STEVEN SLOAN, in his individual and official capacity as a Denver Police officer;
OFFICER RAUL VELASQUEZ, in his individual and official capacity as a Denver Police
  officer;
CHIEF GERALD WHITMAN, in his individual and official capacity as a Denver Police officer, and
THE CITY AND COUNTY OF DENVER, COLORADO.

      Defendants.

_____

## ORDER RE: MOTION TO AMEND CAPTION
_____

      Pursuant to the Unopposed Motion to Amend Caption [12] filed today, it is

      ORDERED that the motion is granted and the caption in this case is hereby changed

from:

Civil Action No. 11-cv-01322-RPM

JOSEPH FRESQUEZ,

Plaintiff,

v.

OFFICER STEVEN SLOAN, in his individual and official capacity as a Denver Police officer;
OFFICER RAUL VELASQUEZ, in his individual and official capacity as a Denver Police
officer;
CHIEF GERALD WHITMAN, in his individual and official capacity as a Denver Police officer;
JOHN HICKENLOOPER, in his individual and official capacity as mayor of Denver; and
THE CITY OF DENVER, COLORADO.

to the following:

Civil Action No. 11-cv-01322-RPM

JOSEPH FRESQUEZ,

Plaintiff,
v.

OFFICER STEVEN SLOAN, in his individual and official capacity as a Denver Police officer;
OFFICER RAUL VELASQUEZ, in his individual and official capacity as a Denver Police officer;
CHIEF GERALD WHITMAN, in his individual and official capacity as Denver Police Chief; and
THE CITY AND COUNTY OF DENVER, COLORADO.

DATED: June 14th, 2011.

BY THE COURT:
s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge