IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01322-RPM

JOSEPH FRESQUEZ,

     Plaintiff,

v.

OFFICER STEVEN SLOAN, in his individual and official capacity as a Denver Police officer;
OFFICER RAUL VELASQUEZ, in his individual and official capacity as a Denver Police
     officer;
CHIEF GERALD WHITMAN, in his individual and official capacity as Denver Police Chief; and
THE CITY AND COUNTY OF DENVER, COLORADO,

     Defendants.

---

## ORDER SETTING SCHEDULING CONFERENCE

---

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **July 22, 2011, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.   Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on July 14, 2011.**  The conference is conducted with lead counsel present in person.  No parties or representatives of parties will be permitted to attend.

DATED:   June 21st, 2011

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior Judge