IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01322-RPM

JOSEPH FRESQUEZ,

    Plaintiff,

v.

OFFICER STEVEN SLOAN, in his individual and official capacity as a Denver Police officer;
OFFICER RAUL VELASQUEZ, in his individual and official capacity as a Denver Police officer;
CHIEF GERALD WHITMAN, in his individual and official capacity as a Denver Police officer; and
THE CITY OF DENVER, COLORADO.

    Defendants.

---

## ORDER DISMISSING CERTAIN DEFENDANTS WITH PREJUDICE
---

    The Parties' Stipulated Motion To Dismiss Certain Defendants With Prejudice is **GRANTED**. It is **ORDERED** that, pursuant to the Stipulated Motion, all claims against Defendant Gerald Whitman as alleged in Plaintiffs' Amended Complaint and Jury Demand [Dkt. No. 3, entered on May 19, 2011] are dismissed with prejudice, each party to bear its own costs and attorneys' fees with respect to these claims.

    It is further **ORDERED** that Gerald Whitman is to be dismissed with prejudice as a party to the above-captioned action. The caption on all subsequent filings shall reflect the removal of Gerald Whitman as a defendant in this case.

    Dated this 19th day of August, 2011.

                                                BY THE COURT:

                                                s/Richard P. Matsch

                                                _____

                                                Richard P. Matsch, Senior Judge