IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01322-RPM

JOSEPH FRESQUEZ,

     Plaintiff,

v.

OFFICER STEVEN SLOAN, in his individual and official capacity as a Denver Police officer;
OFFICER RAUL VELASQUEZ, in his individual and official capacity as a Denver Police
     officer;
CHIEF GERALD WHITMAN, in his individual and official capacity as Denver Police Chief; and
THE CITY AND COUNTY OF DENVER, COLORADO,

     Defendants.

---

### ORDER FOR CLARIFICATION

---

On August 18, 2011, Joshua Benn filed a motion to withdraw as attorney of record in this civil action. Wade H. Eldridge has also appeared for the plaintiff, signing the complaint filed in the District Court, Denver County, Colorado, and appearing with Mr. Benn at the scheduling conference on July 22, 2011. The motion to withdraw refers to counsel in the singular and does not show the signature of Mr. Eldridge. It is not clear whether Wade Eldridge remains as plaintiff's counsel in this case. Accordingly, it is

ORDERED that a clarification of the motion to withdraw will be filed on or before August 29, 2011.

DATED: August 22nd, 2011

                                       BY THE COURT:

                                       s/Richard P. Matsch
                                       _____
                                       Richard P. Matsch, Senior Judge