IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01322-RPM

JOSEPH FRESQUEZ,

      Plaintiff,

v.

OFFICER STEVEN SLOAN, in his individual and official capacity as a Denver Police officer;
OFFICER RAUL VELASQUEZ, in his individual and official capacity as a Denver Police
      officer;
CHIEF GERALD WHITMAN, in his individual and official capacity as Denver Police Chief; and
THE CITY AND COUNTY OF DENVER, COLORADO,

      Defendants.

_____

## ORDER OF DISMISSAL

_____

Because the plaintiff has failed to comply with the order, entered August 24, 2011,

requiring the filing of a statement of intention on or before September 20, 2011, it is

ORDERED that this civil action is dismissed for failure to prosecute.

DATED:   September 28th, 2011

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior Judge